# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER A. PETZOLD, | No. 2:12-cv-00229-AC |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA) (Stipulation),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) subject to the terms of the Stipulation.

DATED: August 5, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE